United States District Court
Southern District of Texas
**ENTERED**
July 30, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| JOHANNA OLIVIA ARIAS SEGOVIA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:26-cv-367 |
| | § | |
| KRISTI NOEM[1] *et al.* | § | |

## ORDER

Respondents advised they intended to effectuate Petitioner's voluntary departure (*see* Dkt. No. 11). If Petitioner voluntarily departed, this habeas action, challenging her prolonged immigration-related detention, is moot. *See Gonzalez v. Bond*, No. 6:25-CV-01870, 2026 WL 1001931, at \*2 (W.D. La. Mar. 25, 2026), *report and recommendation adopted*, No. 6:25-CV-01870, 2026 WL 1001928 (W.D. La. Apr. 13, 2026). Mootness divests the Court of subject matter jurisdiction, and the Court can raise it *sua sponte. La Union del Pueblo Entero v. Fed. Emergency Mgmt. Agency*, 762 F. Supp. 3d 552, 560 (S.D. Tex. 2024) (Garcia Marmolejo, J.); *Dailey v. Vought Aircraft Co.*, 141 F.3d 224, 227 (5th Cir. 1998).

Respondents are **ORDRED** to file an advisory confirming whether Petitioner has been removed, no later than **Friday, August 7, 2026**. If Petitioner has departed, the Court will promptly dismiss this case without prejudice for lack of subject matter jurisdiction. *See Gonzalez*, 2026 WL 1001931, at \*2.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Todd Blanche is automatically substituted for Respondent Pamela Bondi in this case. Markwayne Mullin is automatically substituted for Respondent Kristi Noem and David Venturella is substituted for Respondent Todd Lyons under this same rule. The Clerk of Court is **DIRECTED** to substitute these parties on the docket sheet.

It is so **ORDERED**.

**SIGNED** July 30, 2026.

Marina Garcia Marmolejo
United States District Judge